STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR00-00263 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [8 U.S.C. § 1324(a)(1)(A)(iv)] |
| SHE WANG,               (01)<br>  aka Zhe Wang; Nancy Wang;<br>     Nancy Wong,<br>XIA SUN,                 (02)<br>RONG LIANG JIN,         (03)<br>  aka Jerry Jiang,<br><br>            Defendants. | |

INDICTMENT

Count 1

The Grand Jury charges:

From in or around June 7, 2000 to June 14, 2000, in the District of Hawaii, Defendant SHE WANG, aka Zhe Wang; Nancy Wang; Nancy Wong, encouraged and induced an alien, namely "Zhao Qian L.," to reside in the United States, knowing and in reckless

disregard of the fact, that such residence would be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

## Count 2

The Grand Jury further charges:

From in or around June 7, 2000 to on or about June 14, 2000, in the District of Hawaii, Defendant, XIA SUN, encouraged and induced aliens, namely "Lai Shun L." and "Ming Qi Z.," to reside in the United States, knowing and in reckless disregard of the fact, that such residence would be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

## Count 3

The Grand Jury further charges:

From in or around June 7, 2000 to on or about June 14, 2000, in the District of Hawaii, Defendant RONG LIANG JIN, aka Jerry Jiang, encouraged and induced aliens, namely, "Tao G." and "Yong Jun S.," to reside in the United States, knowing and in reckless disregard of the fact, that such residence would be in

//
//
//
//
//
//
//

violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

DATED: _June 22_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. SHE WANG, ET AL.
"Indictment"